UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

ROBERT P SHIELDS
KRISTIN B SHIELDS
Debtor(s)

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

CASE NO. BKY 05-45974 NCD

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Robert P Shields in the amount of $3.15, were unclaimed.

CREDITOR:
Robert P Shields
Kristin B Shields
3361 132nd Lane NW
Coon Rapids, MN 55448

CLAIM NUMBER:

AMOUNT:
$3.15

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: November 18, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee